# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALDO JOVANI CAMACHO LOPEZ,** | : | CIVIL ACTION NO. 3:20-CV-563 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **CRAIG A. LOWE, Warden of Pike County Correctional Facility,** *et al.*, | : | |
| Respondents | : | |

# ORDER

AND NOW, this 7th day of April, 2020, upon consideration of petitioner Aldo Jovani Camacho Lopez's petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and his motion (Doc. 2) for temporary restraining order, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Camacho Lopez's motion (Doc. 2) for temporary restraining order is DENIED.

2. Camacho Lopez's petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

3. The Clerk of Court shall CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania